No. 82–2033. ASSOCIATED BUILDERS & CONTRACTORS, NORTHERN CALIFORNIA CHAPTER, ET AL. *v.* CARPENTERS VACATION & HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–2035. JACKSON *v.* HANDLEY ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 82–2036. BERGMAN *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–2037. CASTANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–2038. SALSBURY, AS PARENT, NATURAL GUARDIAN, AND ADMINISTRATOR OF THE ESTATE OF SALSBURY *v.* ERIE COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–2039. O'NEILL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–2041. JOHNSON *v.* PEREZ, DIRECTOR, SOCIAL SERVICES AGENCY, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 82–2043. WALSH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–2044. WESTERN FOOD EQUIPMENT CO. *v.* FOSS AMERICA, INC. C. A. 9th Cir. Certiorari denied.

No. 82–2045. COMMITTEE TO PRESERVE AMERICAN COLOR TELEVISION, AKA COMPACT, ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–2046. UNITED TRANSPORTATION UNION *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL. Sp. Ct. R. R. R. A. Certiorari denied.

No. 82–2047. LATIN BELLY, LTD., ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.